# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GILFORD MCCORMICK, <br><br> Plaintiff, <br><br> v. <br><br> PAUL TRANSPORTATION, INC.; EUGENE BAZE; NAPA RIVER INSURANCE COMPANY; HUDSON INSURANCE COMPANY; ABC CORPORATION and JOHN DOE, <br><br> Defendants. | CIVIL ACTION NO.: <br><br> _____ <br><br><br> Removed from the State Court of Fulton County, State of Georgia; <br> Case No.: 22EV002171 |

## NOTICE OF REMOVAL

COME NOW Paul Transportation, Inc.; Eugene Baze; Napa River Insurance Company; and Hudson Insurance Company, Defendants in the above-styled action, and pursuant to Fed. R. Civ. P. 81 (c) and 28 U.S.C. §§ 1332, 1441 and 1446, and hereby submit this Notice of Removal, requesting removal of the Georgia State Court action described below to the United States District Court for the Northern District of Georgia, Atlanta Division, respectfully showing this Honorable Court the following facts and law:

4874-9084-9821.1

1.

The above-styled action was filed by Plaintiff against Defendants in the State Court of Fulton County, in the State of Georgia, styled as: *Gilford McCormick v. Paul Transportation, Inc.; Eugene Baze; Napa River Insurance Company; Hudson Insurance Company; ABC Corporation and John Doe*, Civil Action File No. 22EV002171.  (See **Exhibit A**, a copy of the Complaint and all filings in Defendants' possession at the time of removal).

2.

Plaintiff initiated this civil action on April 8, 2022, by filing a Complaint in the State Court of Fulton County, State of Georgia.  Defendant Paul Transportation, Inc. was served on April 19, 2022.  (See **Exhibit A**).

3.

The aforementioned civil action is a civil action over which this Court has jurisdiction and is one which may be removed to this Court by Defendants, pursuant to 28 U.S.C. § 1441, 25 U.S.C. § 1446 and, in accordance with the provisions of 28 U.S.C. § 1332, there being diversity of citizenship between the Plaintiff and the Defendants and the matter on controversy, exclusive of interest and costs, exceeds the sum of $75,000.

4.

On information and belief, Plaintiff is, and was at all relevant times, a resident and citizen of the State of Georgia.

5.

At all relevant times, Defendant Eugene Baze was a resident and citizen of Catawba County, North Carolina.  (See **Exhibit A**, Complaint ¶ 3).

6.

At all relevant times, Defendant Paul Transportation, Inc. was a corporation registered and principally located in the State of Oklahoma and alleged to transact business in the State of Georgia.  (See **Exhibit A**, Complaint, ¶ 5).

7.

At all relevant times, Defendant Napa River Insurance Company was a Florida Third Party Claims Administrator company (and improper party mis-identified as an insurer) with its principal place of business located in the State of Florida.  (See **Exhibit A**, Complaint, ¶ 7).

8.

At all relevant times, Hudson Insurance Company was a Delaware insurance company with its principal place of business located in the State of Delaware. (See **Exhibit A**, Complaint, ¶ 8).

9.

Complete diversity therefore exists between the parties in this action pursuant to 28 U.S.C. § 1332.

10.

The amount in controversy in this case also exceeds $75,000.00. Plaintiff specifically pleads negligence, negligence *per se*, negligent entrustment, negligent maintenance, negligent hiring, personal injury, loss wages, past and future medical care, all of which allegedly would exceed $75,000. (See **Exhibit A**, Complaint).

11.

Based on these allegations, this action is one over which this Court has diversity jurisdiction, pursuant to 28 U.S.C. § 1332(a)(2), in that the controversy is between a citizen of Georgia, a citizen of North Carolina, a Florida Third Party Claims Administrator company (and improper party mis-identified as an insurer) and a Delaware insurance company; and the value of the matter in controversy,

exclusive of interest and costs, exceeds $75,000. *See Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 747 (11th Cir. 2010) (removal appropriate where amount in controversy is established by the complaint).

12.

The State Court of Fulton County, Georgia is situated within the jurisdiction of the United States District Court for the Northern District of Georgia, Atlanta Division, making this the appropriate forum to entertain this action pursuant to 28 U.S.C. § 1441(a).

13.

This Notice of Removal is timely filed under 28 U.S.C. § 1446(b). This Notice of Removal is filed within thirty (30) days from the alleged date of service on Defendant Paul Transportation, Inc.

14.

As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon such Defendants in such action from the State Court of Fulton County, Georgia and subsequent filings are attached to this Notice of Removal as **Exhibit A**.

15.

Defendants have given written notice of the filing of this Notice to Plaintiff by mailing a copy of this Notice of Removal to Plaintiff's counsel via Certified Mail, Return Receipt Requested.  Defendants have filed a written notice with the Clerk of Court for the State Court of Fulton County, Georgia. (See a copy of the Notice of Filing of Notice of Removal attached to this Notice of Removal as **Exhibit B)**.

16.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law.  (See Affidavit of Trace Sexton, attached to this Notice of Removal as **Exhibit C**).

WHEREFORE, Defendants respectfully request that this matter be placed on the docket of this Court and that the State Court of Fulton County, Georgia be enjoined from further proceedings in this matter.

Respectfully submitted this <u>12th</u> day of <u>May</u>, 2022.

**L**EWIS **B**RISBOIS **B**ISGAARD **& S**MITH **LLP**

*/s/ Trace Sexton*

Wm. Daniel Floyd
Georgia Bar No.: 266490
Trace Sexton
Georgia Bar No. 927764

Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
404.348.8585 – Telephone
404.467-8845 – Facsimile
Daniel.Floyd@lewisbrisbois.com
Trace.Sexton@lewisbrisbois.com

*Counsel for Defendants Paul Transportation, Inc.; Eugene Baze; Napa River Insurance Company (and improper party mis-identified as an insurer); and Hudson Insurance Company*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 5.1 and L.R. 7.1(D), the undersigned hereby certify that the foregoing Notice of Removal was prepared using 14-point Times New Roman font.

Respectfully submitted this 12th day of May, 2022.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Wm. Daniel Floyd*
Wm. Daniel Floyd
Georgia Bar No.: 266490
Trace Sexton
Georgia Bar No. 927764

*Counsel for Defendants*

Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
404.348.8585 – Telephone
404.467-8845 – Facsimile
Daniel.Floyd@lewisbrisbois.com
Trace.Sexton@lewisbrisbois.com

## CERTIFICATE OF SERVICE

We hereby certify that we have this day served a copy of the foregoing **NOTICE OF REMOVAL**, and all exhibits referenced therein, by electronically filing the same with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification to counsel for Plaintiff and by depositing a copy of the same in the United States Mail, Certified, Return-Receipt Requested to counsel for Plaintiff at:

Graylin C. Ward, Esq.
WARD LAW OFFICE
27 East Broad Street
Newnan, Georgia  30263
gward@numail.org

*Counsel for Plaintiff*

Respectfully submitted this 12th day of May, 2022.

Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
404.348.8585 – Telephone
404.467-8845 – Facsimile
Daniel.Floyd@lewisbrisbois.com
Trace.Sexton@lewisbrisbois.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Wm. Daniel Floyd
Wm. Daniel Floyd
Georgia Bar No.: 266490
Trace Sexton
Georgia Bar No. 927764

*Counsel for Defendants*